COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>LUCKY STORES, INC.; SAVE MART SUPERMARKETS, INC.; and RMP PROPERTIES, LLC; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. C12-02677 EDL<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME FOR ADR MEDIATION<br><br>Complaint Filed: May 24, 2012<br>Trial Date:        None Set |

07383.008 2366753v1                                1                                C12-02677 EDL

**[PROPOSED] ORDER EXTENDING TIME FOR ADR MEDIATION**

1   This matter having come before the Court by stipulation of Defendants Lucky Stores, Inc.,
2  Save Mart Supermarkets, and RMP Properties, LLC (collectively, "Defendants") and Plaintiff
3  Donna White ("Plaintiff") (together with Defendants, the "Parties"), by and through their counsel
4  of record, and good cause appearing therefor, the Court

5   HEREBY ORDERS, ADJUDGES AND DECREES THAT:

6   1. The deadline for the Parties to conclude their mediation is extended for thirty (30)
7  days, to and including April 29, 2013.

Dated: March 29, 2013, 2013

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT JUDGE

07383.008 2366753v1                                2                                  C12-02677 EDL
**[PROPOSED] ORDER EXTENDING TIME FOR ADR MEDIATION**