UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>LUCKY STORES, INC.; SAVE MART SUPERMARKETS, INC.; and RMP PROPERTIES, LLC; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No. C12-02677 EDL<br><br>[PROPOSED] ORDER EXTENDING TIME FOR ADR MEDIATION<br><br>Complaint Filed: May 24, 2012<br>Trial Date:      None Set |

1  This matter having come before the Court by stipulation of Defendants Lucky Stores, Inc., Save Mart Supermarkets, and RMP Properties, LLC (collectively, "Defendants") and Plaintiff Donna White ("Plaintiff") (together with Defendants, the "Parties"), by and through their counsel of record, and good cause appearing therefor, the Court

HEREBY ORDERS, ADJUDGES AND DECREES THAT:

1. The deadline for the Parties to conclude their mediation is extended for thirty (30) days, to and including April 29, 2013.

Dated: March 29, 2013, 2013

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT JUDGE

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · Fax 415.989.1663